UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2011 ATTACHMENT U

PLAINTIFFS'S NAME

HECTOR A. ACEVEDO
12 BYNNER STREET
JAMAICA PLAIN, MA 02130
(617) 983-1481

U.S. DISTRICT COURT
DISTRICT OF MASS.

11 CA 10656 RWZ

CIVIL ACTION

NO. 16C-2008-00739

V.

Defendant's Name:

MAGISTRATE JUDGE Boal

Union 26
Attn: Human Resources
33 Harrison Avenue, 4th Floor
Boston, MA 02111
(617) 426-1515

No. of Employees 25+

Work Location: Cambridge

### COMPLAINT

1. The plaintiff is a resident of Jamaica Plain section of Boston, Suffolk County, Massachusetts and a Legal Resident of the United States of America.

2. The defendant Union 26 is a resident of Boston, Suffolk County, Massachusetts and citizen of the United States.

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. 1331 et seq.

## Facts

4. Mr. Acevedo began his Harvard employment in August 1998 as a general service worker in the kitchen of the Harvard Faculty Club.

5. Mr. Acevedo was terminated by the Harvard Faculty Club on December 14, 2007

6. On December 17, 2007, Mr. Acevedo went to the Union Office, Union 26 on 33 Harrison Avenue, Boston, MA and spoke with Eugino Fernandez, Union Representative.

7. Mr. Eugenio Fernandez, union representative went in several occasions with Hector Acevedo to Harvard Faculty Club to discuss Mr. Acevedo's firing from his employment.

8. Mr, Eugine Fernandez, union representative told Mr. Acevedo that he and the Union 26 will follow on case.

9. A Lawyer was contacted on behalf of the Union 26 and Mr. Acevedo me with Lawyer in January 0f 2008.

10. Mr. Acevedo got a second appointment with Lawyer for follow up in January 2008 but went Mr. Acevedo went to see lawyer. The Lawyer was not working for the Union 26 anymore.

11. Union Representative Eugine Fernandez was contacted and an appointment was made to meet with Mr. Fernandez and Mr. Acevedo.

12. During this meeting with Eugine Fernandez, Union Representative, Mr. Acevedo was told that a new lawyer would take the case. This happened in February 2008.

13. On September 30, 2008, Dominic Bozzotto, Esq. C/o UNITE HERE Local 26, 33 Harrison Avenue - 4th Floor, Boston, MA 02111 contacted Mr. Acevedo in reference on HECTOR ACEVEDO - TERMINATION and to scheduled an Arbitration.

14. The meeting with the American Arbitration Association on One Center Plaza, 3rd Floor, Boston, MA 02108 was scheduled on February 27, 2009 before GARY D. ALTMAN.

15. Mr. Eugine Fernandez called Mr. Acevedo to cancel Arbitration and to tell Mr. Acevedo no to worry and that another appointment will be made.

16. After this date NOTHIN HAPPENED. AND NO APPOINTMENT HAS BEEN MADE since.

*[signature]*

NO: 16C-2008-00739

COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION

Docket Number 08BEM00169

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

Hector A. Acevedo

V.

UNITE HERE LOCAL 26

---

## RESPONDENT'S ANSWER

1. The Respondent is a Labor Union covered by the National Labor Relations Act. This answer is being provided in conjunction with the Respondent's obligation as under Massachusetts General Laws 151B, section 4, paragraph 2 and Title VII. This answer does not waive any claims the Respondent may have as to the issue of pre-emption by the National Labor Relations Act.

2. UNITE HERE, Local 26 (the "Union") represents food and beverage workers at the Harvard Faculty Club (the "Club").

3. Mr. Acevedo is a steward who worked at the Club and was a member of the Union since November 1998.

4. Mr. Acevedo was terminated on December 14, 2007 for being under the influence of alcohol while at work. (Ux-1)

5. Both Harvard University and the Club have policies concerning alcohol on the job. (Ux - 2, 3).

6. On December 27, 2007 the Union through its business agent, Even Pastor, filed a grievance on behalf of Mr. Acevedo. (Ux-4).

7. On January 9, 2008 the Club denied the Union's grievance.

8. On January 11, 2008 the Union's business agent, Eugenio Fernandez, conducted a step one grievance meeting with the Club concerning the termination of Mr. Acevedo. Mr. Acevedo was present. The club denied the grievance.

9. On January 24, 2008 the Union's business agent, Eugenio Fernandez, conducted a step two grievance meeting with the Club. Mr. Acevedo was present. The club denied the grievance.

10. On January 30, 2008 the Union requested a step three grievance meeting with the Club. (Ux-6).

11. On February 14, 2008 the Union's business agent, Eugenio Fernandez, conducted a step three grievance meeting with the Club. Mr. Acevedo was present.

12. On February 25, 2008 the Club sent a letter to the Union outlining its position and rejecting the Union's grievance. (Ux-7).

13. On March 10, 2008 The Union sent a letter to the Club moving Mr. Acevedo's case to arbitration. (Ux-8).

14. Mr. Acevedo's arbitration is scheduled for February 27, 2009. (Ux-9).[1]

15. On October 20, 2008 Mr. Acevedo was interviewed in preparation for arbitration by counsel for the Union, Attorney Michael Fedenyszen.

16. Because the Arbitration process is long and unpredictable the Union often recommends to employees who get terminated and have upcoming arbitrations, to go and find work in the meantime.

17. In no way did the Union treat Mr. Acevedo differently because he may have sought treatment for alcohol dependence or have an alcohol related disability.

18. The Union through its representatives have duly performed its responsibility of representation for Mr. Acevedo and continued to do so.

---

[1] It was originally scheduled for October 27, 2008, but Counsel for the Union had a scheduling conflict.